**Opinion issued February 28, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-12-00186-CV**
**NO. 01-12-00278-CV**

—————————————

**IN RE UNIVERSITY GENERAL HOSPITAL, LP; UNIVERSITY HOSPITAL SYSTEMS, LLP; CHARO BARNETTE, IN HER CAPACITY AS INDEPENDENT EXECUTOR OF THE ESTATE OF GUY BARNETTE, DECEASED; AND JOHN E. UDEH, Relators**

---

**Original Proceedings on Petitions for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators University General Hospital, LP, University Hospital Systems, LLP, Charo Barnette, in Her Capacity as Independent Executor of the Estate of Guy Barnette, Deceased, and John E. Udeh filed two petitions for writ of

mandamus in which they asked this Court to compel the trial court to issue an order vacating its February 3, 2012 judgment.[1] Relators also filed an appeal challenging the validity of the same judgment (appellate case number 01-12-00174-CV). On February 28, 2013, this Court issued a memorandum opinion in that appeal in which we held that the February 3, 2012 judgment was void and we vacated the judgment.

Accordingly, both petitions for writ of mandamus are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

---

[1] The underlying case is Case No. 2010-40305 in the 215th District Court of Harris County, Texas, the Honorable Steve Kirkland, presiding.